IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

    **Plaintiff,**　　　　　　　　　　　　　　No. 3:09-CR-30053-DRH

    v.

**Neil Rolla Harrison,**

    **Defendant.**

### ORDER

Before the Court is the motion of the United States of America to substitute Stifel, Nicolaus & Co., Inc. for the individual payees of restitution. For the reasons stated in the motion, the government's motion to substitute (Doc. 29) is GRANTED. Stifel, Nicolaus & Co., Inc. is hereby the sole restitution payee. All restitution payments, including any currently held by the Court, will be made payable to Stifel, Nicolaus & Co., Inc.

**IT IS SO ORDERED.**

Signed this 12th day of July, 2011.

David R. Herndon
2011.07.12
15:05:30 -05'00'

**Chief Judge**
**United States District Court**